UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE H. SAMPLE,

    Plaintiff,

                                            CIVIL NO.: 12-12018
v.                                     HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court on the parties' cross-motions for summary judgment with respect to Plaintiff's application for Social Security disability insurance benefits. The Court is also in receipt of Magistrate Judge Charles E. Binder's Report and Recommendation, wherein the Magistrate Judge recommends that Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment be denied. Plaintiff filed objections to the Report and Recommendation and Defendant filed a response to Plaintiff's objections.

After a thorough review of the court file and the Report and Recommendation, including Plaintiff's objections and Defendant's response to such objections, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Accordingly, Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED. Judgment shall be entered accordingly.

    IT IS SO ORDERED.

                                                              S/Lawrence P. Zatkoff
May 28, 2013                                LAWRENCE P. ZATKOFF
                                                              UNITED STATES DISTRICT JUDGE